**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 25-6342

TYRONE YOUNG,

      Plaintiff - Appellant,

    v.

WARDEN D. L. YOUNG, (FCI Beckley); WARDEN HECKARD, (FCI Beckley); B. L. FAIN, (Head of Medical); MS. FOX, (Head of Medical); DOCTOR ROGER EDWARDS; P/A JOE COOPER; "MAT" DR. HODOVAN, FNP; NURSE LAW; NURSE TILEY; NURSE THOMPSON; (COUNSULAR) BURDETTE; (UNIT MANAGER) MS. STAPLES; (CASE MANAGER) MR. HARLESS; (PSYCHOLOGIST) DR. WHITED; (CASE MANAGER) MR. CRADDOCK; (ALES) SHIFLET, Pharmacist; (COUNSULAR) MILAM; MS. E. STENNETT, Unit Manager,

      Defendants - Appellees.

Appeal from the United States District Court for the Southern District of West Virginia, at Beckley.  Frank W. Volk, Chief District Judge.  (5:23-cv-00088)

Submitted:  January 22, 2026               Decided:  January 29, 2026

Before AGEE, RICHARDSON, and HEYTENS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Tyrone Young, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Tyrone Young appeals the district court's order denying his Fed. R. Civ. P. 60(b) motion to vacate the court's prior judgment accepting the recommendation of the magistrate judge and denying relief on Young's complaint filed pursuant to *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971). Before addressing the merits of the appeal, we grant Young's motion to supplement his informal brief. In addition, we have reviewed the record and find no reversible error. Accordingly, we deny Young's pending motions to amend and supplement the record, and we affirm the district court's order. *Young v. Young*, No. 5:23-cv-00088 (S.D. W. Va. Apr. 14, 2025). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

2